CLARENCE D. DAVIS, INC., Appellant, v. HARRY SCHLOSSBERG, Respondent.—

Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.